UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re FORD MOTOR COMPANY ERISA LITIGATION

Case No. 06-cv-11718

HONORABLE STEPHEN J. MURPHY, III

_____/

### ORDER VACATING REFERENCES AND TERMINATING PENDING MOTIONS (docket no. 189)

This class action is in settlement proceedings. Plaintiffs have recently submitted a motion for an order preliminarily approving the terms of the settlement under Rule 23 of the Federal Rules of Civil Procedure. Prior to doing so, the parties had filed various motions, some of which were referred to a magistrate judge for consideration. Because of the settlement, there is no need at this time to decide these motions. In the event the Court does not approve the settlement proposal, the parties will be permitted to re-file the motions if they wish.

**WHEREFORE** it is hereby **ORDERED** that the following orders of reference are **VACATED:** docket nos. 183, 212, 214, 217.

**IT IS FURTHER ORDERED** that the following motions are **TERMINATED WITHOUT PREJUDICE:** docket nos: 151, 181, 213, 216, 224, & 242.

**SO ORDERED**.

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: September 22, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2010, by electronic and/or ordinary mail.

Alissa Greer
Case Manager